No. D-1592. IN RE DISBARMENT OF BOUGHTON. Robert Willard Boughton, of Cleveland, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40

days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.